(Official Form 1) (10/05)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Quay Corporation, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3219222** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**7101 N. Capital Drive**<br>**Lincolnwood, IL**<br><div align="right">ZIP Code<br>**60712**</div> | Street Address of Joint Debtor (No. & Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**    *** DAVID K. WELCH 06183621 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                                           FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Quay Corporation, Inc.** |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<b>Exhibit A</b><br><br>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐ Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b><br>
<i>(To be completed if debtor is an individual whose debts are primarily consumer debts.)</i><br>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>
X _____<br>
  Signature of Attorney for Debtor(s)       Date
</td>
</tr>
<tr>
<td>
<b>Exhibit C</b><br><br>
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>
☐ Yes, and Exhibit C is attached and made a part of this petition.<br>
■ No
</td>
<td>
<b>Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)</b><br><br>
☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>
☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)
</td>
</tr>
</table>

| Information Regarding the Debtor (Check the Applicable Boxes) |
|---|

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| Statement by a Debtor Who Resides as a Tenant of Residential Property |
|---|

*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Quay Corporation, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

**October 18, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Victor M. Cuellar**
Signature of Authorized Individual

**Victor M. Cuellar**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 18, 2005**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The Quay Corporation, Inc.**                                    Case No. _____

                                    Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mexican Cheese Producers**<br>**1625 10th Street, Suite 205**<br>**Monroe, WI 53566** | **Mexican Cheese Producers**<br>**1625 10th Street, Suite 205**<br>**Monroe, WI 53566** | | **Disputed** | **1,480,000.00** |
| **Quality Snack Foods, Inc.**<br>**404 S. Normal Ave.**<br>**Chicago, IL 60609** | **Quality Snack Foods, Inc.**<br>**404 S. Normal Ave.**<br>**Chicago, IL 60609** | | | **212,127.80** |
| **Lifeway Food, Inc.**<br>**6431 W. Oakton Street**<br>**Morton Grove, IL 60053** | **Lifeway Food, Inc.**<br>**6431 W. Oakton Street**<br>**Morton Grove, IL 60053** | | | **151,691.88** |
| **Great Lakes Milk Products, Inc.**<br>**3000 West North Avenue**<br>**Melrose Park, IL 60160** | **Great Lakes Milk Products, Inc.**<br>**3000 West North Avenue**<br>**Melrose Park, IL 60160** | | | **125,999.36** |
| **Crave Bros. Farmstead Cheese**<br>**W11555 Torpy Road**<br>**Waterloo, WI 53594** | **Crave Bros. Farmstead Cheese**<br>**W11555 Torpy Road**<br>**Waterloo, WI 53594** | | | **71,035.74** |
| **Reisner Packaging Inc.**<br>**339 W. River Road**<br>**Building A, Suite B**<br>**Elgin, IL 60123** | **Reisner Packaging Inc.**<br>**339 W. River Road**<br>**Building A, Suite B**<br>**Elgin, IL 60123** | | | **66,666.50** |
| **Shefsky & Froelich**<br>**111 E. Wacker Dr., #2800**<br>**Chicago, IL 60601** | **Shefsky & Froelich**<br>**111 E. Wacker Dr., #2800**<br>**Chicago, IL 60601** | | | **61,543.17** |
| **Evans Food Products**<br>**4118 S. Halsted Street**<br>**Chicago, IL 60609-2694** | **Evans Food Products**<br>**4118 S. Halsted Street**<br>**Chicago, IL 60609-2694** | | | **52,171.92** |
| **NT Logistics**<br>**5204 Tennyson Pkwy, #200**<br>**Plano, TX 75024** | **NT Logistics**<br>**5204 Tennyson Pkwy, #200**<br>**Plano, TX 75024** | | | **49,582.01** |
| **Wisconsin Cheese Group**<br>**36909 Treasury Center**<br>**Chicago, IL 60694-6900** | **Wisconsin Cheese Group**<br>**36909 Treasury Center**<br>**Chicago, IL 60694-6900** | | | **40,101.68** |
| **Torkelson's Prairie Hill**<br>**N398 Twin Grove Road**<br>**Monroe, WI 53566** | **Torkelson's Prairie Hill**<br>**N398 Twin Grove Road**<br>**Monroe, WI 53566** | | | **39,856.12** |

In re   **The Quay Corporation, Inc.**                                          Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| W & W Dairy, Inc.<br>c/o Dave W<br>405-18th Avenue<br>Monroe, WI 53566 | W & W Dairy, Inc.<br>c/o Dave W<br>405-18th Avenue<br>Monroe, WI 53566 | | | 27,695.04 |
| San Antonio Packing Company<br>1922 S. Laredo<br>San Antonio, TX 78207 | San Antonio Packing Company<br>1922 S. Laredo<br>San Antonio, TX 78207 | | | 27,216.00 |
| Productos Mama Lycha<br>4442 W. 12th Street<br>Houston, TX 77055 | Productos Mama Lycha<br>4442 W. 12th Street<br>Houston, TX 77055 | | | 25,656.24 |
| Import & Export del Sur, Inc.<br>2532 W. Warren Blvd.<br>Chicago, IL 60612 | Import & Export del Sur, Inc.<br>2532 W. Warren Blvd.<br>Chicago, IL 60612 | | | 21,502.89 |
| NICOR Gas<br>Attn: Paul C. Gracey, Jr., Esq.<br>1844 Ferry Rd<br>Naperville, IL 60563 | NICOR Gas<br>Attn: Paul C. Gracey, Jr., Esq.<br>1844 Ferry Rd<br>Naperville, IL 60563 | | | 16,602.63 |
| El Carmen Imports<br>1620 N. Kolamr Ave<br>Chicago, IL 60639 | El Carmen Imports<br>1620 N. Kolamr Ave<br>Chicago, IL 60639 | | | 15,130.35 |
| ChevronTexaco Corporation<br>6001 Bollinger Canyon Rd.<br>San Ramon, CA 94583 | ChevronTexaco Corporation<br>6001 Bollinger Canyon Rd.<br>San Ramon, CA 94583 | | | 14,120.93 |
| Preferred Transit, Inc.<br>PO Box 199<br>Monroe, WI 53566 | Preferred Transit, Inc.<br>PO Box 199<br>Monroe, WI 53566 | | | 12,803.40 |
| Phil-Mart Transportation<br>PO Box 157<br>31 Harrison Street<br>Braselton, GA 30517 | Phil-Mart Transportation<br>PO Box 157<br>31 Harrison Street<br>Braselton, GA 30517 | | | 10,978.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 18, 2005**                         Signature   **/s/ Victor M. Cuellar**

                                                          **Victor M. Cuellar**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form B6D
(10/05)

In re    **The Quay Corporation, Inc.**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| **Cole Taylor Bank** **111 W. Washington, #400** **Chicago, IL 60602** | - | | | | | | | | | |
| | | | | | Value $            **0.00** | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| **Hector Cuellar** **c/o Quay Corp** **19782 McArthur Blvd., #265** **Irvine, CA 92612** | - | | | | | | | | | |
| | | | | | Value $      **Undetermined** | | | | **35,000.00** | **Undetermined** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **35,000.00** |
| Total (Report on Summary of Schedules) | | **35,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6F
(10/05)

In re   **The Quay Corporation, Inc.**                                        Case No. _____
                                                                    ,
                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Air Services Company** <br>**108 Gateway Road** <br>**Bensenville, IL 60106** | | - | | | | | 170.11 |
| Account No. <br><br> **Allied Waste Services** <br>**PO Box 9001154** <br>**Louisville, KY 40290-1154** | | - | | | | | 2,222.78 |
| Account No. <br><br> **American Express** <br>**Box 0001** <br>**Los Angeles, CA 90096-0001** | | - | | | | | 367.99 |
| Account No. <br><br> **Arcadia Press, Inc.** <br>**10915 Franklin Ave.** <br>**Franklin Park, IL 60131** | | - | | | | | 2,544.41 |
| __20__ continuation sheets attached | | | | | Subtotal (Total of this page) | | 5,305.29 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:21307-051015    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                        ,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arcadia Press, Inc.**<br>**10915 Franklin Ave**<br>**Franklin Park, IL 60131** | | - | | | | | 900.77 |
| Account No.<br><br>**Arem Container**<br>**6153 W. Mulford**<br>**Niles, IL 60714** | | - | | | | | 1,711.00 |
| Account No.<br><br>**Arem Container & Supply Co.**<br>**6153 W. Mulford**<br>**Niles, IL 60714** | | - | | | | | 5,942.29 |
| Account No.<br><br>**Arlington Disposal**<br>**PO Box 916061**<br>**Fort Worth, TX 76191-6061** | | - | | | | | 471.42 |
| Account No.<br><br>**Assured Pest Control**<br>**2506 Royal Lytham Street**<br>**Saint Charles, IL 60174** | | - | | | | | 1,003.00 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,028.48**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bell Flavors & Fragrances, Inc.** **500 Academy Drive** **Northbrook, IL 60062** | - | | | | | | 196.38 |
| Account No. | | | | | | | |
| **Bell's Forklift Repair, Inc.** **PO Box 396** **Locust Grove, GA 30248** | - | | | | | | 1,577.16 |
| Account No. | | | | | | | |
| **Buckeridge Door Co., Inc.** **15 East University Drive** **Arlington Heights, IL 60004-1871** | - | | | | | | 1,166.84 |
| Account No. | | | | | | | |
| **Catalina Properties** **19792 MacArthur Blvd., #265** **Irvine, CA 92612** | - | | | | | | 41,952.99 |
| Account No. | | | | | | | |
| **ChevronTexaco Corporation** **6001 Bollinger Canyon Rd.** **San Ramon, CA 94583** | - | | | | | | 14,120.93 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **59,014.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                          Case No. _____
                                                             ,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Chr. Hansen's Laboratory, Inc. 9015 West Maple St. PO Box 14428 Milwaukee, WI 53214-4298 | | | | | | | 3,045.17 |
| Account No. | | - | | | | | |
| City of Alexander City Business License PO Box 552 Alexander City, AL 35011 | | | | | | | 105.00 |
| Account No. | | - | | | | | |
| City of Decatur c/o SouthTrust Bank, Drawer 1121 PO BOX 830620 Birmingham, AL 35283-0620 | | | | | | | 3,174.99 |
| Account No. | | - | | | | | |
| Concentra Medical Centers 200 Trade Port Blvd, #211 Atlanta, GA 30354 | | | | | | | 89.00 |
| Account No. | | - | | | | | |
| Conference Plus 2509 Paysphere Circle Chicago, IL 60674 | | | | | | | 640.21 |

Sheet no. __3__ of __20__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)          7,054.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                          ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Consumers Vinegar 4723 S. Washtenaw Chicago, IL 60632 | - | | | | | | 528.00 |
| Account No. | | | | | | | |
| Crave Bros. Farmstead Cheese W11555 Torpy Road Waterloo, WI 53594 | - | | | | | | 71,035.74 |
| Account No. | | | | | | | |
| Cryovac PO Box 91279 Chicago, IL 60693 | - | | | | | | 4,337.34 |
| Account No. | | | | | | | |
| Hector Cuellar c/o Quay Corp 19782 McArthur Blvd., #265 Irvine, CA 92612 | - | | | | | | 1,928,278.13 |
| Account No. | | | | | | | |
| Victor Cuellar 7101 N. Capital Drive Lincolnwood, IL 60712 | - | | | | | | 95,255.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,099,434.21

10/18/05  4:52PM

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.** _____,   Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **D&G Trucking Company** **463 S. Prospect Ave.** **Roselle, IL 60172** | - | | | | | | 56.43 |
| Account No. | | | | | | | |
| **Danisco Cultor USA Inc.** **201 New Century Parkway** **New Century, KS 66031** | - | | | | | | 3,816.03 |
| Account No. | | | | | | | |
| **DeKalb County Georgia** **Treasury & Accounting Services** **PO Box 100001** **Decatur, GA 30031-7001** | - | | | | | | 2,900.83 |
| Account No. | | | | | | | |
| **DeKalb County Tax Commissioner** **PO Box 10004** **Decatur, GA 30031-7004** | - | | | | | | 2,990.34 |
| Account No. | | | | | | | |
| **Dependable Fire Equip., Inc.** **60 LeBaron St** **Waukegan, IL 60085-3025** | - | | | | | | 149.60 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,913.23

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Division  Center c/o JSC Realty Services Inc. 5440 Harvest Hill Rd., #101 Dallas, TX 75230** | - | | | | | | | 1,396.94 |
| Account No. | | | | | | | | |
| **E-Z Spuds 2223 Washington Street Evanston, IL 60202** | - | | | | | | | 1,530.00 |
| Account No. | | | | | | | | |
| **El Carmen Imports 1620 N. Kolamr Ave Chicago, IL 60639** | - | | | | | | | 15,130.35 |
| Account No. | | | | | | | | |
| **El Superior Chorizos, LLC 233 S. Erie St, #400 Chicago, IL 60611** | - | | | | | | | 10,019.83 |
| Account No. | | | | | | | | |
| **El Superior Mexican Foods 920 W. Fulton St. Chicago, IL 60607** | - | | | | | | | 7,002.44 |

| Sheet no. **6** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 35,079.56 |
|---|---|---|

10/18/05  4:52PM

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Elite Waste Industries** **PO Box 38319** **Houston, TX 77238** | - | | | | | | | 145.93 |
| Account No. | | | | | | | | |
| **Evans Food Products** **4118 S.  Halsted Street** **Chicago, IL 60609-2694** | - | | | | | | | 52,171.92 |
| Account No. | | | | | | | | |
| **Federal Express** **Lockbox 360353, Room 154-0455** **500 Ross Street** **Pittsburgh, PA 15262** | - | | | | | | | 185.96 |
| Account No. | | | | | | | | |
| **Flavorchem** **1525 Brook Drive** **Downers Grove, IL 60515** | - | | | | | | | 3,708.05 |
| Account No. | | | | | | | | |
| **Garcia Foods, Inc.** **PO Box 13280** **1802 Jackson Keller** **San Antonio, TX 78213-0280** | - | | | | | | | 7,832.25 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        64,044.11

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                                    Case No. _____
                                                                                ,
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>**Gelatin Desserts & Paletas**<br>**PO Box 4738**<br>**Houston, TX 77210-4738** | | - | | | | | | **5,068.80** |
| Account No.  <br><br>**Goldthorn Sales & Marketing**<br>**1425 Knottingham Drive**<br>**Little Elm, TX 75068** | | - | | | | | | **7,973.89** |
| Account No.  <br><br>**Great Lakes Milk Products, Inc.**<br>**3000 West North Avenue**<br>**Melrose Park, IL 60160** | | - | | | | | | **125,999.36** |
| Account No.  <br><br>**H&B Packaging**<br>**702 Forrest**<br>**Waco, TX 76704** | | - | | | | | | **2,043.40** |
| Account No.  <br><br>**Houston Produce Center**<br>**3114 Produce Row**<br>**Houston, TX 77023** | | - | | | | | | **150.00** |

Sheet no. __8___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**141,235.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **The Quay Corporation, Inc.**                              Case No. _____
_____,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Idealease of Atlanta** 4571 Buford Hwy Norcross, GA 30071 | - | | | | | | | 7,028.90 |
| Account No. | | | | | | | | |
| **Import & Export del Sur, Inc.** 2532 W. Warren Blvd. Chicago, IL 60612 | - | | | | | | | 21,502.89 |
| Account No. | | | | | | | | |
| **Instant Whip Foods** 1535 North Cicero Ave. Chicago, IL 60651 | - | | | | | | | 589.80 |
| Account No. | | | | | | | | |
| **InterCall** PO Box 281866 Atlanta, GA 30384-1866 | - | | | | | | | 1,933.41 |
| Account No. | | | | | | | | |
| **J Bar B Foods** 100 Main Waelder, TX 78959 | - | | | | | | | 1,837.08 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **32,892.08**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                                    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Johnstone Supply**<br>**6401 Chestnut Street**<br>**Louisburg, KS 66053** | - | | | | | | **144.63** |
| Account No.<br><br>**Katalina Enterprises**<br>**19782 McArthur Blvd., #265**<br>**Irvine, CA 92612** | - | | | | | | **180,000.00** |
| Account No.<br><br>**La Flor de Jalisco**<br>**Mr. Roberto Ramirez**<br>**4935 W. Fullerton Ave.**<br>**Chicago, IL 60639** | - | | | | | | **7,834.40** |
| Account No.<br><br>**Label Tek, Inc.**<br>**1217 S. Bridge Street**<br>**Yorkville, IL 60560** | - | | | | | | **4,186.76** |
| Account No.<br><br>**Laser Nework, Inc.**<br>**8 Horizon Ave.**<br>**Venice, CA 90291** | - | | | | | | **409.80** |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **192,575.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                    ,        Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Lease Dimensions**<br>**PO Box 74186**<br>**Cleveland, OH 44194-4186** | - | | | | | | | 6,148.56 |
| Account No. | | | | | | | | |
| **Lifeway Food, Inc.**<br>**6431 W. Oakton Street**<br>**Morton Grove, IL 60053** | - | | | | | | | 151,691.88 |
| Account No. | | | | | | | | |
| **Mahoney Environmental**<br>**2202 Mound Road**<br>**Joliet, IL 60436** | - | | | | | | | 3,075.00 |
| Account No. | | | | | | | | |
| **Martinez Imports**<br>**4417 W. 55th St., Apt. 3B**<br>**Chicago, IL 60632** | - | | | | | | | 9,907.32 |
| Account No. | | | | | | | | |
| **MCI WorldCom**<br>**PO Box 856059**<br>**Louisville, KY 40285-6059** | - | | | | | | | 1,374.40 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172,197.16

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **McMaster-Carr Supply Co.** **PO Box 7690** **Chicago, IL 60680-7690** | - | | | | | | | | **1,247.81** |
| Account No. | | | | | | | | | |
| **Mexican Cheese Producers** **1625 10th Street, Suite 205** **Monroe, WI 53566** | - | | | | | | | X | **1,480,000.00** |
| Account No. | | | | | | | | | |
| **Nextec Operating Corp.** **3415 S. Sepulveda Blvd., Suite 130** **Los Angeles, CA 90034** | - | | | | | | | | **1,440.00** |
| Account No. | | | | | | | | | |
| **NICOR Gas** **Attn: Paul C. Gracey, Jr., Esq.** **1844 Ferry Rd** **Naperville, IL 60563** | - | | | | | | | | **16,602.63** |
| Account No. | | | | | | | | | |
| **Novation** **2 N. 8th Street - Suite 100** **PO Box 161114** **Manitowoc, WI 54221-1614** | - | | | | | | | | **350.00** |

Sheet no. __12__ of __20__ sheets attached to Schedule of                Subtotal        **1,499,640.44**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **NT Logistics** **5204 Tennyson Pkwy, #200** **Plano, TX 75024** | - | | | | | | | | 49,582.01 |
| Account No. | | | | | | | | | |
| **Office Depot** **Dept 56-4200995933** **Columbus, OH 43218-2378** | - | | | | | | | | 695.91 |
| Account No. | | | | | | | | | |
| **Onyx Waste Services, Inc.** **2800 Shermer Road** **Northbrook, IL 60062** | - | | | | | | | | 124.50 |
| Account No. | | | | | | | | | |
| **Packaging Technologies** **807 West Kimberly Road** **Davenport, IA 52806** | - | | | | | | | | 530.70 |
| Account No. | | | | | | | | | |
| **Paragon Manufacturing, Inc.** **2001 N. 15th Avenue** **Melrose Park, IL 60160** | - | | | | | | | | 3,304.80 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **54,237.92**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **The Quay Corporation, Inc.**                                    Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Phil-Mart Transportation**<br>**PO Box 157**<br>**31 Harrison Street**<br>**Braselton, GA 30517** | - | | | | | | | 10,978.50 |
| Account No.<br><br>**Poly Plastics, Inc.**<br>**1751 S. Interstate 45**<br>**PO Box 402**<br>**Ferris, TX 75125** | - | | | | | | | 3,360.19 |
| Account No.<br><br>**Preferred Transit, Inc.**<br>**PO Box 199**<br>**Monroe, WI 53566** | - | | | | | | | 12,803.40 |
| Account No.<br><br>**Productos Mama Lycha**<br>**4442 W. 12th Street**<br>**Houston, TX 77055** | - | | | | | | | 25,656.24 |
| Account No.<br><br>**Quality Snack Foods, Inc.**<br>**404 S. Normal Ave.**<br>**Chicago, IL 60609** | - | | | | | | | 212,127.80 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

264,926.13

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                                    ,   Case No. _____
                                                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Quill Corporation** **100 Schelter Rd** **Lincolnshire, IL 60069** | - | | | | | | | 192.57 |
| Account No. | | | | | | | | |
| **Reisner Packaging Inc.** **339 W. River Road** **Building A, Suite B** **Elgin, IL 60123** | - | | | | | | | 66,666.50 |
| Account No. | | | | | | | | |
| **Robert Rosa** **10850 Cortland Ln** **Huntley, IL 60142** | - | | | | | | | 4,509.17 |
| Account No. | | | | | | | | |
| **San Antonio Packing Company** **1922 S. Laredo** **San Antonio, TX 78207** | - | | | | | | | 27,216.00 |
| Account No. | | | | | | | | |
| **Shefsky & Froelich** **111 E. Wacker Dr., #2800** **Chicago, IL 60601** | - | | | | | | | 61,543.17 |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160,127.41

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                    ,         Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**South Water Market, Inc.**<br>**2525 South Blue Island Ave**<br>**Chicago, IL 60608** | | - | | | | | | 1,197.60 |
| Account No.<br><br>**Sprint PCS**<br>**PO Box 219718**<br>**Kansas City, MO 64121-9718** | | - | | | | | | 310.80 |
| Account No.<br><br>**St. Charles Trading**<br>**650 N. Raddanta Road**<br>**Batavia, IL 60510** | | - | | | | | | 4,950.00 |
| Account No.<br><br>**Stallings**<br>**2314 Portsmouth**<br>**Houston, TX 77098** | | - | | | | | | 714.00 |
| Account No.<br><br>**STAMAR Packaging Inc.**<br>**1415 Enterprise Drive**<br>**Romeoville, IL 60446** | | - | | | | | | 1,110.25 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,282.65

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                    Case No. _____
                                          ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of Illinois Boiler Safety**<br>**1035 Stevenson Drive**<br>**Springfield, IL 62703-4599** | - | | | | | | | 65.00 |
| Account No.<br><br>**State of Illinois-Boiler Safey**<br>**1035 Stevenson Drive**<br>**Springfield, IL 62703-4599** | - | | | | | | | 100.00 |
| Account No.<br><br>**Superior Knife Inc.**<br>**8120 N. Central Park Ave.**<br>**Skokie, IL 60076** | - | | | | | | | 495.00 |
| Account No.<br><br>**Superior Packaging, Inc.**<br>**2810 Panorama Drive**<br>**Carrollton, TX 75007** | - | | | | | | | 1,942.51 |
| Account No.<br><br>**Tampico Graphics**<br>**1919 South Blue Island Avenue**<br>**Chicago, IL 60608** | - | | | | | | | 6,606.03 |

Sheet no. __17__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **9,208.54**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

10/18/05  4:52PM

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                    Case No. _____
                                              ,
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Terminix International** **PO Box 870849** **Stone Mountain, GA 30087-0022** | - | | | | | | | 84.00 |
| Account No. | | | | | | | | |
| **Texas Chili Company** **3013 N. Jones** **Fort Worth, TX 76164** | - | | | | | | | 804.00 |
| Account No. | | | | | | | | |
| **Torkelson Cheese Co.** **Hwy 73 North** **9453 Louisa Rod** **Lombard, IL 60148** | - | | | | | | | 10,394.90 |
| Account No. | | | | | | | | |
| **Torkelson's Prairie Hill** **N398 Twin Grove Road** **Monroe, WI 53566** | - | | | | | | | 39,856.12 |
| Account No. | | | | | | | | |
| **U.S. Department of Agriculture** **Food Safety & Insp. Service** **21526 Network Place** **Chicago, IL 60673-1215** | - | | | | | | | 175.14 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,314.16

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **The Quay Corporation, Inc.**                                        Case No. _____
                                                                    ,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Urschel Laboratories, Inc.** <br> **PO Box 96319** <br> **Chicago, IL 60693-6319** | - | | | | | | 512.50 |
| Account No. <br><br> **Village of Skokie** <br> **5127 Oakton St** <br> **Skokie, IL 60077** | - | | | | | | 528.36 |
| Account No. <br><br> **W & W Dairy, Inc.** <br> **c/o Dave W** <br> **405-18th Avenue** <br> **Monroe, WI 53566** | - | | | | | | 27,695.04 |
| Account No. <br><br> **Welding Apparatus Co., Inc.** <br> **1668 N. ada St.** <br> **Chicago, IL 60622** | - | | | | | | 330.00 |
| Account No. <br><br> **Wilshire Country Club** <br> **301 N. Rossmore Ave.** <br> **Los Angeles, CA 90004** | - | | | | | | 5,173.47 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      34,239.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

10/18/05  4:52PM

Form B6F - Cont.
(10/05)

In re  **The Quay Corporation, Inc.**                                                    ,  Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Wisconsin Cheese Group** **36909 Treasury Center** **Chicago, IL 60694-6900** | | - | | | | | | | 40,101.68 |
| Account No. | | | | | | | | | |
| **XO Communications Services** **PO Box 5738** **Carol Stream, IL 60197-5738** | | - | | | | | | | 557.35 |
| Account No. | | | | | | | | | |
| **Zep Manufacturing** **13237 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | | | 163.16 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 40,822.19 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 4,951,572.64 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Air Services Company
108 Gateway Road
Bensenville, IL 60106

Bill's Forklift Repair, Inc.
PO Box 998
Locust Grove, GA 30248

Consumers Vinegar
4723 S. Washtenaw
Chicago, IL 60632


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154

Buckeridge Door Co., Inc.
15 East University Drive
Arlington Heights, IL 60004-1871

Crave Bros. Farmstead Cheese
W11555 Torpy Road
Waterloo, WI 53594


American Express
Box 0001
Los Angeles, CA 90096-0001

Catalina Properties
19792 MacArthur Blvd., #265
Irvine, CA 92612

Cryovac
PO Box 91279
Chicago, IL 60693


Arcadia Press, Inc.
10915 Franklin Ave.
Franklin Park, IL 60131

ChevronTexaco Corporation
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Hector Cuellar
c/o Quay Corp
19782 McArthur Blvd., #265
Irvine, CA 92612


Arcadia Press, Inc.
10915 Franklin Ave
Franklin Park, IL 60131

Chr. Hansen's Laboratory, Inc.
9015 West Maple St.
PO Box 14428
Milwaukee, WI 53214-4298

Victor Cuellar
7101 N. Capital Drive
Lincolnwood, IL 60712


Arem Container
6153 W. Mulford
Niles, IL 60714

City of Alexander City
Business License
PO Box 552
Alexander City, AL 35011

D&G Trucking Company
463 S. Prospect Ave.
Roselle, IL 60172


Arem Container & Supply Co.
6153 W. Mulford
Niles, IL 60714

City of Decatur
c/o SouthTrust Bank, Drawer 1121
PO BOX 830620
Birmingham, AL 35283-0620

Danisco Cultor USA Inc.
201 New Century Parkway
New Century, KS 66031


Arlington Disposal
PO Box 916061
Fort Worth, TX 76191-6061

Cole Taylor Bank
111 W. Washington, #400
Chicago, IL 60602

DeKalb County Georgia
Treasury & Accounting Services
PO Box 100001
Decatur, GA 30031-7001


Assured Pest Control
2506 Royal Lytham Street
Saint Charles, IL 60174

Concentra Medical Centers
200 Trade Port Blvd, #211
Atlanta, GA 30354

DeKalb County Tax Commissioner
PO Box 10004
Decatur, GA 30031-7004


Bell Flavors & Fragrances, Inc.
500 Academy Drive
Northbrook, IL 60062

Conference Plus
2509 Paysphere Circle
Chicago, IL 60674

Dependable Fire Equip., Inc.
60 LeBaron St
Waukegan, IL 60085-3025

Division   Center
c/o JSC Realty Services Inc.
5440 Harvest Hill Rd., #101
Dallas, TX 75230

Gelatin Desserts & Puddings
PO Box 4738
Houston, TX 77210-4738

Johnstone Supply
6401 Chestnut Street
Louisburg, KS 66053

E-Z Spuds
2223 Washington Street
Evanston, IL 60202

Goldthorn Sales & Marketing
1425 Knottingham Drive
Little Elm, TX 75068

Katalina Enterprises
19782 McArthur Blvd., #265
Irvine, CA 92612

El Carmen Imports
1620 N. Kolamr Ave
Chicago, IL 60639

Great Lakes Milk Products, Inc.
3000 West North Avenue
Melrose Park, IL 60160

La Flor de Jalisco
Mr. Roberto Ramirez
4935 W. Fullerton Ave.
Chicago, IL 60639

El Superior Chorizos, LLC
233 S. Erie St, #400
Chicago, IL 60611

H&B Packaging
702 Forrest
Waco, TX 76704

Label Tek, Inc.
1217 S. Bridge Street
Yorkville, IL 60560

El Superior Mexican Foods
920 W. Fulton St.
Chicago, IL 60607

Houston Produce Center
3114 Produce Row
Houston, TX 77023

Laser Nework, Inc.
8 Horizon Ave.
Venice, CA 90291

Elite Waste Industries
PO Box 38319
Houston, TX 77238

Idealease of Atlanta
4571 Buford Hwy
Norcross, GA 30071

Lease Dimensions
PO Box 74186
Cleveland, OH 44194-4186

Evans Food Products
4118 S. Halsted Street
Chicago, IL 60609-2694

Import & Export del Sur, Inc.
2532 W. Warren Blvd.
Chicago, IL 60612

Lifeway Food, Inc.
6431 W. Oakton Street
Morton Grove, IL 60053

Federal Express
Lockbox 360353, Room 154-0455
500 Ross Street
Pittsburgh, PA 15262

Instant Whip Foods
1535 North Cicero Ave.
Chicago, IL 60651

Mahoney Environmental
2202 Mound Road
Joliet, IL 60436

Flavorchem
1525 Brook Drive
Downers Grove, IL 60515

InterCall
PO Box 281866
Atlanta, GA 30384-1866

Martinez Imports
4417 W. 55th St., Apt. 3B
Chicago, IL 60632

Garcia Foods, Inc.
PO Box 13280
1802 Jackson Keller
San Antonio, TX 78213-0280

J Bar B Foods
100 Main
Waelder, TX 78959

MCI WorldCom
PO Box 856059
Louisville, KY 40285-6059

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

Paragon Manufacturing Inc.
2601 N. 19th Avenue
Melrose Park, IL 60160

Shelsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601

Mexican Cheese Producers
1625 10th Street, Suite 205
Monroe, WI 53566

Phil-Mart Transportation
PO Box 157
31 Harrison Street
Braselton, GA 30517

South Water Market, Inc.
2525 South Blue Island Ave
Chicago, IL 60608

Nextec Operating Corp.
3415 S. Sepulveda Blvd., Suite 130
Los Angeles, CA 90034

Poly Plastics, Inc.
1751 S. Interstate 45
PO Box 402
Ferris, TX 75125

Sprint PCS
PO Box 219718
Kansas City, MO 64121-9718

NICOR Gas
Attn: Paul C. Gracey, Jr., Esq.
1844 Ferry Rd
Naperville, IL 60563

Preferred Transit, Inc.
PO Box 199
Monroe, WI 53566

St. Charles Trading
650 N. Raddanta Road
Batavia, IL 60510

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Productos Mama Lycha
4442 W. 12th Street
Houston, TX 77055

Stallings
2314 Portsmouth
Houston, TX 77098

Novation
2 N. 8th Street - Suite 100
PO Box 161114
Manitowoc, WI 54221-1614

Quality Snack Foods, Inc.
404 S. Normal Ave.
Chicago, IL 60609

STAMAR Packaging Inc.
1415 Enterprise Drive
Romeoville, IL 60446

NT Logistics
5204 Tennyson Pkwy, #200
Plano, TX 75024

Quill Corporation
100 Schelter Rd
Lincolnshire, IL 60069

State of Illinois Boiler Safety
1035 Stevenson Drive
Springfield, IL 62703-4599

Office Depot
Dept 56-4200995933
Columbus, OH 43218-2378

Reisner Packaging Inc.
339 W. River Road
Building A, Suite B
Elgin, IL 60123

State of Illinois-Boiler Safey
1035 Stevenson Drive
Springfield, IL 62703-4599

Onyx Waste Services, Inc.
2800 Shermer Road
Northbrook, IL 60062

Robert Rosa
10850 Cortland Ln
Huntley, IL 60142

Superior Knife Inc.
8120 N. Central Park Ave.
Skokie, IL 60076

Packaging Technologies
807 West Kimberly Road
Davenport, IA 52806

San Antonio Packing Company
1922 S. Laredo
San Antonio, TX 78207

Superior Packaging, Inc.
2810 Panorama Drive
Carrollton, TX 75007

Tampico Graphics
1919 South Blue Island Avenue
Chicago, IL 60608

Welding Apparatus Co., Inc.
1606 N. ada St.
Chicago, IL 60622

Terminix International
PO Box 870849
Stone Mountain, GA 30087-0022

Wilshire Country Club
301 N. Rossmore Ave.
Los Angeles, CA 90004

Texaco
PO Box 9010
Des Moines, IA 50368-9010

Wisconsin Cheese Group
36909 Treasury Center
Chicago, IL 60694-6900

Texas Chili Company
3013 N. Jones
Fort Worth, TX 76164

XO Communications Services
PO Box 5738
Carol Stream, IL 60197-5738

Torkelson Cheese Co.
Hwy 73 North
9453 Louisa Rod
Lombard, IL 60148

Zep Manufacturing
13237 Collections Center Drive
Chicago, IL 60693

Torkelson's Prairie Hill
N398 Twin Grove Road
Monroe, WI 53566

U.S. Department of Agriculture
Food Safety & Insp. Service
21526 Network Place
Chicago, IL 60673-1215

Urschel Laboratories, Inc.
PO Box 96319
Chicago, IL 60693-6319

Village of Skokie
5127 Oakton St
Skokie, IL 60077

W & W Dairy, Inc.
c/o Dave W
405-18th Avenue
Monroe, WI 53566