IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., ) | Chapter 11 |
| ) | Judge Schmetterer |
| Debtor/Debtor-in-Possession. ) | |

### *Final* ORDER AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL

AT CHICAGO, Illinois in said Division and District before the Honorable Jack B. Schmetterer, Bankruptcy Judge, this 10th day of November, 2005

THIS MATTER COMING TO BE HEARD upon the motion of THE QUAY CORPORATION, INC., Debtor and Debtor-in-Possession herein, for authority to pay pre-petition payroll; proper notice having been provided; no objections having been interposed; this Court having entered the order on an interim basis; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** the Order that was entered on October 20, 2005 is a final order.

DATE: Nov 10, 2005        ENTER: _____
                                          JUDGE

**DEBTOR'S COUNSEL:**
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777