UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| THE QUAY CORPORATION, INC., | ) CASE NO. 05 B 63146 |
| | ) |
| Debtor | ) |

**FINAL PRETRIAL ORDER**
(Claim Nos. 55 and 56 of Mexican Cheese)

On June 5, 2006, there was a status conference held in Chicago, Illinois.

## ADMISSIONS

Claimant will file amended claims following requirements of Fed. R. Bankr. P. for Adversary Complaints on or before **June 27, 2006** hereof. Debtor will file Answer and all defenses thereto on or before **July 11, 2006**, following requirements for Answer to an Adversary Complaint.

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 7 calendar days prior to trial.

## STIPULATIONS

To the extent reasonably possible, the parties will stipulate in writing to facts and documents, and their said stipulation is admitted into evidence. Copies of stipulated documents should be appended thereto. If a joint pretrial statement is filed, admitted facts and documents are deemed stipulated and are admitted into evidence, and any early stipulations need not be repeated. Set for pretrial conference **July 25, 2006** at **11:30 a.m.** as to status of fact and document stipulations.

## DISCOVERY

Discovery may commence forthwith, and Rule 7026 Fed. R. Bankr. P. [Rule 26(a)(1) Fed. R. Civ. P.] is immediately applicable to this contested proceeding. All formal discovery will be conducted under the Federal Rules of Civil Procedure as incorporated in the Federal Rules of Bankruptcy Procedure pertaining to discovery.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order will result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this 7 day of June 2006.

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on June __7__, 2006, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

| | |
|---|---|
| David K. Welch, Esq.<br>Crane, Heyman, Simon, Welch & Clar<br>135 South LaSalle Street<br>Suite 3705<br>Chicago, IL 60603-4297<br>Counsel for Debtor | Office of the U.S. Trustee<br>Suite 3350<br>227 W. Monroe Street<br>Chicago IL 60606 |

And See Attached Service List

_____
Secretary/Deputy Clerk

December, 2005

# THE QUAY CORPORATION, INC. -- CASE NO. 05 B 63146

## SERVICE LIST

Arthur G. Simon, Esq.
David K. Welch, Esq.
Jeffrey C. Dan, Esq.
Scott R. Clar, Esq.
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603-4297
Counsel for Debtor

Stephen G. Wolfe, Esq.
Office of the U.S. Trustee
Ste. 3350
227 W. Monroe St.
Chicago IL 60606

Michael K. Desmond, Esq.
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600
Chicago, IL 60603
Counsel for Mexican Cheese Producers

Bruce C. Scalambrino, Esq.
Scalambrino & Arnoff
33 North LaSalle Street
Suite 1210
Chicago, IL 60602
Counsel for The Official Unsecured Creditors'
  Committee

Matthew A. Swanson, Esq.
Shaw Gussis Fishman Glantz
321 North Clark Street
Suite 800
Chicago, IL 60601
Counsel for Lifeway Foods, Inc.

District Counsel
Internal Revenue Service
Ste. 2300
200 W. Adams St.
Chicago IL 60606

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago IL 60604

James M. McArdle
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
Counsel for Cole Taylor Bank

Gregory K. Stern, Esq.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Counsel for La Flor De Jalisco, Inc.