IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | 05 B 63146 |
| THE QUAY CORPORATION, INC., | ) | |
| | ) | CHAPTER 11 |
| Debtor/Debtor-in-Possession, | ) | |
| | ) | Hon. Jack B. Schmetterer |

## AGREED ORDER

This matter comes before the Court pursuant to this Court's Pretrial Orders dated June 7, 2006, October 24, 2006, and December 18, 2006, for Preliminary Hearing on Plan Feasibility and Estimation of Claims, the parties having appeared before the Court and the Court being fully advised:

**IT IS HEREBY ORDERED:**

1. The Motion of Mexican Cheese Producers, Inc. ("MCP") to Estimate Claims For Plan Confirmation Purposes, pursuant to 11 U.S.C. §502(c), shall be limited to claims 54 and 61. Claims 54 and 61 shall be estimated solely for purposes of voting and allowance;

2. Claims 55 and 56 filed by MCP shall be set be set for final adjudication and allowance of claims pursuant to 11 U.S.C. 502(b);

3. All testimony taken to date, evidence admitted and all evidentiary rulings will stand for purposes of the Final Hearing.

4. Final Hearing on these matters shall be reset to April 3, 2007 at 1:30 p.m. and shall continue from day to day thereafter pursuant to this Court's Amended Pretrial Order.

Dated: 2/12/07

_____
United States Bankruptcy Judge

**AGREED:**

MEXICAN CHEESE-PRODUCERS, INC.

By: _____
        One of Its Attorneys

Michael K. Desmond (6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
(312) 251-4600


Howard Adelman
Adelman & Gettleman Ltd.
53 West Jackson Blvd.
Suite 1050
Chicago, IL  60604
(312) 435-1050


THE QUAY CORPORATION

By: _____
        One of Its Attorneys

David Welch
CRANE HEYMAN SIMON
  WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, Illinois  60603
(312) 641-6777


James D. Wilson
Ronald J. McDermott
Shefsky & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000

2