# EXHIBIT G

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| David K. Welch | - DKW | 0.20 | $390.00 | $78.00 |
| Jeffrey C. Dan | - JCD | 5.70 | $290.00 | $1,653.00 |
| **Total** | | **5.90** | | **$1,731.00** |



| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 04/24/07 | Telephone conference with Margaret Cuellar re: collection claims. | DKW | 0.20 |
| 04/25/07 | Correspondence to Los Galanes Fresh Market 1 and 2 re: collections for amounts due. | JCD | 0.70 |
| 05/10/07 | E-mail to Margaret Cuellar re: collection on outstanding accounts with Los Galanes. | JCD | 0.10 |
| 05/11/07 | Correspondence to Los Galanes Super Market re: collection of balance due | JCD | 0.30 |
|  | Correspondence to Los Galanes Fresh Market re: collection of balance due | JCD | 0.30 |
| 05/29/07 | Telephone conference with Margaret Cuellar re: Los Galanes Supermarket balance due. | JCD | 0.10 |
| 05/31/07 | Correspondence to Lorenso Garcia re: collection of balance due from Los Galanes Super Market | JCD | 0.30 |
|  | Correspondence to Tony Roberto re: collection of balance due from Los Galanes Fresh Market | JCD | 0.30 |
| 06/12/07 | Drafting of Complaint Against Los Galanes Super Market. | JCD | 1.30 |
| 06/18/07 | Research registered agent for Los Galanes Supermarket and conference with Art Simon re: revising complaint d/b/a Los Galanes Fresh Market. | JCD | 0.30 |
|  | Drafting of complaint vs. Los Golanes Market. | JCD | 1.00 |
| 06/19/07 | Telephone conference with Margaret Cuellar re: lawsuit against Los Galanes | JCD | 0.20 |
| 06/22/07 | Edit/Revision of Complaint against Los Galanes Supermarket | JCD | 0.80 |
| Total: |  |  | 5.90 |