# EXHIBIT E

the westin south coast plaza
686 anton boulevard  costa mesa, california 92626
phone 714.540.2500  fax 714.662.6695
westin.com/southcoastplaza

| guest | | | | travel agent/charge to |
|---|---|---|---|---|
| Bruce Scalambrino | room | 1119 | | Lake Shore Travel Servic |
| | rate | 309.00 | | 337 Park Ave |
| | no. pers. | 2 | | |
| | folio | 318491 | EX-A | Glencoe, IL 60022-1525 |
| , | page | 1 | | |
| | arrive | 11-JAN-07 | 23:45 | |
| | depart | 12-JAN-07 | | |
| | payment | MC | | |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 11-JAN-07 | RT1119 | Room Chrg Retail | | 309.00 |
| 11-JAN-07 | RT1119 | City/Local Tax - BIA | | 6.18 |
| 11-JAN-07 | RT1119 | Occupancy/Tourism Tax | | 18.54 |
| 12-JAN-07 | MC | Master Card | 333.72- | |
| | | Total Charges | 333.72 | |
| | | Total Credits | 333.72- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 11-JAN-07 | 333.72 | 0.00 | 0.00 | 0.00 | 333.72 | 0.00 |
| Total | 333.72 | 0.00 | 0.00 | 0.00 | 333.72 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.                    signature _____

As a Starwood Preferred Guest, you could have earned 618
Starpoints for this visit. Please provide your member number
or enroll today.

| Bruce Scalambrino | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  318491 | 11-JAN-07 | 1119 | | |



WESTIN
HOTELS & RESORTS



**Lake Shore Travel Service Inc.**

337 Park Avenue • Glencoe, Illinois 60022

847-835-5090 • FAX 847-835-5130 • TOLL FREE 800-835-5090

www.lakeshoretravel.com

VIRTUOSO
SPECIALISTS IN THE ART OF TRAVEL

SALES PERSON: 69          ITINERARY/INVOICE NO. 0308847          DATE: 19 FEB 07
CUSTOMER NBR: 0010006429                    FQNYLJ          PAGE: 01

TO: CAROLE TOWNE AND BRUCE SCALAMBRINO
    1334 W SCHOOL
    CHICAGO IL 60657

**TERMS:**
**This Invoice is due and payable upon receipt.**
It represents an immediate transfer of funds from our
agency to the participating carriers upon issuance of
tickets.

FOR: SCALAMBRINO/BRUCE

**PLEASE RETURN UPPER PORTION WITH REMITTANCE**

---

07 MAR 07  —  WEDNESDAY
    AIR     AMERICAN AIRLINES     FLT:1763     ECONOMY          FOOD FOR PURCHASE
            LV CHICAGO OHARE                   445P             EQP: BOEING 757
            DEPART: TERMINAL 3                                  04HR 25MIN
            AR SANTA ANA                       710P             NON-STOP
                                                                REF: FQNYLJ

            SCALAMBRINO/BRU     SEAT-27C     AA-C2V8616
    HOTEL SANTA ANA                          OUT-09MAR  CORP ID-19811
            WESTIN HOTELS AND RESORTS         2 NIGHTS
            WESTIN SOUTH COAST PLAZA          1 ROOM      TRADITIONAL NON-SMOKING: H
            686 ANTON BLVD                    HEAVENLY BATH: 2 LINE SPKPHN W
            COSTA MESA CA 92626               RATE-279.00USD PER NIGHT
            FONE 714-540-2500                 CANCEL 01 DAYS PRIOR TO ARRIVAL
            FAX  714-662-6695
            GUARANTEED LATE ARRIVAL
            CONFIRMATION C341325249
            NON SMOKING KING

12 MAR 07  —  MONDAY
    AIR     AMERICAN AIRLINES     FLT:1374     ECONOMY          FOOD FOR PURCHASE
            LV SANTA ANA                       650A             EQP: BOEING 757
                                                                04HR 05MIN
            AR CHICAGO OHARE                   1255P            NON-STOP
            ARRIVE: TERMINAL 3                                  REF: FQNYLJ
            SCALAMBRINO/BRU     SEAT-23A     AA-C2V8616

13 MAR 07  —  TUESDAY
    OTHER CHICAGO
            AIR INVOICE CHARGE
            PROCESSING FEE

                              BILLED TO CA5490990096057714          35.00*

AIR TICKET     AA7811781543     SCALAMBRINO BRUCE
ELEC TKT                        BILLED TO AX371317454133009         256.80*
                                                              ----------
                                SUB TOTAL                         291.80
                                NET CC BILLING                    291.80*
                                                              ----------
                                TOTAL AMOUNT DUE                    0.00



Prepared For

Account Number

**New Activity continued**

02/19/07    AMERICAN AIRLINES    GLENCOE    IL                                    256.80
            AMERICAN AIRLINES
            From:                To:                    Carrier:      Class:
            O HARE FIELD IL      SANTA ANA CA           AA            NS
                                 O HARE FIELD IL        AA            SR
            Ticket Number: 00178117815433               Date of Departure: 03/07
            Passenger Name: SCALAMBRINO/BRUCE
            Document Type: PASSENGER TICKET

⇣ Please fold on the perforation below, detach and return with your payment ⇣

Continued on Page 3

the westin south coast plaza
686 anton boulevard  costa mesa, california 92626
phone 714.540.2500  fax 714.662.6695
westin.com/southcoastplaza

| guest | | | | | travel agent/charge to |
|---|---|---|---|---|---|
| Bruce Scalambrino | room | 419 | | | Lake Shore Travel Servic |
| Ccra | rate | 279.00 | | | 337 Park Ave |
| | no. pers. | 2 | | | |
| , | folio | 333254 | EX-A | | Glencoe, IL 60022-1525 |
| | page | 1 | | | |
| | arrive | 07-MAR-07 | 20:20 | | |
| | depart | 09-MAR-07 | | | |
| | payment | MC | | | |

| date | reference | description | charges/credits |
|---|---|---|---|
| 07-MAR-07 | RT419 | Room Chrg TMC/Consortia | 279.00 |
| 07-MAR-07 | RT419 | City/Local Tax - BIA | 5.58 |
| 07-MAR-07 | RT419 | Occupancy/Tourism Tax | 16.74 |
| 08-MAR-07 | RT419 | Room Chrg TMC/Consortia | 279.00 |
| 08-MAR-07 | RT419 | City/Local Tax - BIA | 5.58 |
| 08-MAR-07 | RT419 | Occupancy/Tourism Tax | 16.74 |
| 09-MAR-07 | MC | Master Card | 602.64- |
| | | Total Charges | 602.64 |
| | | Total Credits | 602.64- |
| | | Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 07-MAR-07 | 301.32 | 0.00 | 0.00 | 0.00 | 301.32 | 0.00 |
| 08-MAR-07 | 301.32 | 0.00 | 0.00 | 0.00 | 301.32 | 0.00 |
| Total | 602.64 | 0.00 | 0.00 | 0.00 | 602.64 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.        signature_____

As a Starwood Preferred Guest, you could have earned 1116
Starpoints for this visit. Please provide your member number
or enroll today.

| Bruce Scalambrino | ROOM | DEPART | AGENT |
|---|---|---|---|
| FOLIO  333254    07-MAR-07 | 419 | | |



WESTIN
HOTELS & RESORTS