# EXHIBIT B

Case 05-63146   Doc 614-2   Filed 09/10/07   Entered 09/10/07 15:29:40   Desc Exhibit
B   Page 2 of 3

Electronically Filed Document Case 05bk63146 Entered 08/17/2006 Filed by Bruce Scalambrino Description Proposed Order Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 05 B 63146 |
| THE QUAY CORPORATION, INC., | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING APPLICATION OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR PAYMENT OF RETAINER TO ITS FINANCIAL CONSULTANT

This cause coming on for consideration upon the application of the Official Unsecured Creditors' Committee ("Committee") of The Quay Corporation, Inc. ("Debtor") for the payment of a retainer to its financial consultant, The Kucik Valuation Group, L.L.C. ("Kucik"); due notice having been given to all parties entitled thereto, including Debtor and the Office of the United States Trustee; the Court having approved on March 16, 2006 the Committee's application to employ Kucik as its financial consultant; and the court being duly advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Debtor is authorized and shall pay The Kucik Valuation Group, L.L.C. a retainer in the sum of $7,500.00 as the financial consultant for the Committee.

2. The Kucik Valuation Group shall hold the entire amount of the retainer in its client fund account and shall not apply the retainer to any outstanding fees and costs absent the filing of a

fee application, appropriate notice, and the entry of an order by this Court authorizing such payment.

Dated: 4/11/06

ENTER:

Hon. Jack B. Schmetterer
United States Bankruptcy Judge

Order Prepared By:
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
33 North LaSalle Street
Suite 1210
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Official Unsecured
Creditors' Committee