UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

THE QUAY CORPORATION, INC.,

Debtor.

Chapter 11
Case No. 05 B 63146
Hon. Jack B. Schmetterer
Hearing Date:
October 16, 2007 10:00 a.m.

### ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES OF SCALAMBRINO & ARNOFF, LLP AS ATTORNEYS FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE

This cause coming on for consideration upon the Fourth and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses ("Application") of Scalambrino & Arnoff, LLP ("S&A") as Attorneys for the Official Unsecured Creditors' Committee ("Committee") of The Quay Corporation, Inc. ("Debtor"); due notice having been given to all parties entitled thereto, including Debtor and the Office of the United States Trustee; the Court having examined the Application and exhibits affixed thereto, and having considered, inter alia, the nature of the services rendered to the Committee, the usual compensation for such services in this community, the experience and ability of the applicant, the results achieved, including any unusual problems met or results achieved, the particular services described in the Application, and who performed such services; and the Court being duly advised in the premises:

Case 05-63146   Doc 627   Filed 10/16/07   Entered 10/17/07 06:56:16   Desc Main
Document    Page 2 of 2

05-63146:612.6:Application for Compensation:Proposed Order Entered: 9/10/2007 2:59:04 PM by:Bruce Scalambrino Page 2 of 3

**IT IS HEREBY ORDERED THAT:**

1. S&A is allowed interim compensation in the sum of $63,840.50 for its actual, necessary and valuable professional legal services rendered to the Committee for the period of January 1, 2007 through August 31, 2007.

2. S&A is allowed the sum of $2,119.02 as reimbursement for its actual and necessary expenses incurred or accrued in connection with such services for the period of January 1, 2007 through August 31, 2007, for a total of fees, costs, and expenses in the sum of $65,959.52.

3. Debtor is authorized and directed to immediately pay S&A the amount of $65,959.52.

Dated: October 16, 2007

ENTER:

Hon. Jack B. Schmetterer
United States Bankruptcy Judge
OCT 1 6 2007

Order Prepared By:
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Official
Unsecured Creditors' Committee