IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., ) | Chapter 11 |
| ) | Judge Schmetterer |
| Debtor/Debtor-in-Possession. ) | |

### ORDER APPROVING ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL TO DEBTOR

AT CHICAGO, Illinois in said Division and District before the Honorable JACK B. SCHMETTERER, Bankruptcy Judge, this __16__ day of October, 2007

THIS MATTER COMING TO BE HEARD upon the motion of DAVID K. WELCH and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), Debtor's Counsel, pursuant to Section 330 of the Bankruptcy Code for allowance of final compensation and reimbursement of expenses; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) CHSWC is allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period February 1, 2007, through July 17, 2007, in the amounts of $102,676 and $962.81, respectively;

B) All prior allowances of interim compensation and reimbursement of expenses are approved under Section 330 of the Bankruptcy Code; and

C) The Debtor is authorized and directed to immediately pay all sums allowed under this Order to CHSWC from available funds.

DATE:                                                  Enter: _____
                                                                        Judge

                                                                        OCT 1 6 2007

**DEBTOR'S COUNSEL**
DAVID K. WELCH, ESQ.   (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.   (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
312/641-6777
\mjo\quay corp\pay chswc final.ord.wpd