05-63146:614.5:Application for Compensation:Proposed Order Entered: 9/10/2007 3:29:40 PM by:Bruce Scalambrino Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | |
|---|---|
| | Chapter 11 |
| THE QUAY CORPORATION, INC., | Case No. 05 B 63146 |
| | Hon. Jack B. Schmetterer |
| | Hearing Date: |
| Debtor. | October 16, 2007 10:00 a.m. |

**ORDER ALLOWING FINAL COMPENSATION OF THE KUCIK VALUATION GROUP, L.L.C. AS FINANCIAL CONSULTANT FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE**

This cause coming on for consideration upon the Second and Final Application for Allowance of Compensation ("Application") of The Kucik Valuation Group, L.L.C. ("Kucik") as Financial Consultant for the Official Unsecured Creditors' Committee ("Committee") of The Quay Corporation, Inc. ("Debtor"); due notice having been given to all parties entitled thereto, including Debtor and the Office of the United States Trustee; the Court having examined the Application and exhibits affixed thereto, and having considered, <u>inter alia</u>, the nature of the services rendered to the Committee, the usual compensation for such services in this community, the experience and ability of the applicant, the results achieved, including any unusual problems met or results achieved, the particular services described in the Application, and who performed such services; and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Kucik is allowed final compensation in the sum of $2,375.00 for its actual, necessary and valuable professional legal services rendered to the Committee for the period of July 1, 2006 through January 31, 2007.

2. Debtor is authorized and directed to immediately pay Kucik the amount of $2,375.00.

**Dated:    October 16, 2007**

ENTER:

Hon. Jack B. Schmetterer
United States Bankruptcy Judge

OCT 1 6 2007

Order Prepared By:
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Official
Unsecured Creditors' Committee