IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., ) | Chapter 11 |
| ) | Judge Schmetterer |
| Debtor/Debtor-in-Possession. ) | |

**ORDER APPROVING ALLOWANCE OF FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S
SPECIAL COUNSEL AND GRANTING RELATED RELIEF**

AT CHICAGO, Illinois in said Division and District before the Honorable JACK B. SCHMETTERER, Bankruptcy Judge, this ___ day of October, 2007

THIS MATTER COMING TO BE HEARD upon the motion of JAMES D. WILSON and the law firm of SHEFSKY & FROELICH, Debtor's Special Counsel, pursuant to Section 330 of the Bankruptcy Code for allowance of final compensation and reimbursement of expenses; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) Subject only to the terms and conditions of the Shefsky Fee Compromise, as that term is defined in the underlying Motion, Debtor's Special Counsel is allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period November 1, 2006, through April 30, 2007 in the total amount of $300,000.00;

B) The Shefsky Fee Compromise, as that term is defined in the underlying Motion, is approved;

C) The prior allowance of interim compensation and reimbursement of expenses to Debtor's Special Counsel is approved under Section 330 of the Bankruptcy Code; and

D) The Debtor is authorized and directed to immediately pay all sums allowed under this Order to Debtor's Special Counsel from available funds and upon the terms and conditions of the Shefsky Fee Compromise, as that term is defined in the underlying Motion.

DATE: OCT 1 6 2007      Enter: _____ Judge

**DEBTOR'S COUNSEL**
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
312/641-6777
\mjo\quay corp\Pay Shefsky Final.ord.wpd