IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., ) | Chapter 11 |
| ) | Judge Schmetterer |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 22nd day of April, 2008, at the hour of 11:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in room 682 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Entry of Final Decree,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served by First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 25th day of March 2008 before the hour of 5:00 p.m.

/s/Jeffrey C. Dan

## **SERVICE LIST**

United States Trustee
227 W. Monroe, #3350
Chicago, IL 60603

James M. McArdle, Esq.
Scott & Kraus LLC
150 S. Wacker Dr., #2900
Chicago, IL 60606

Michael Desmond, Esq.
Figliulo & Siverman, P.C.
10 S. LaSalle St., #2600
Chicago, IL 60603

Bruce Scalambrino, Esq.
Scalambrino & Arnoff
33 N. LaSalle St., #1210
Chicago, IL 60602

Matthew A. Swanson, Esq.
Shaw Gussis Fishman Glantz
321 N. Clark St., #800
Chicago, IL 60610

Gregory K. Stern, Esq.
Monica C. O'Brien, Esq.
Gregory K. Stern, PC
53 W. Jackson Blvd., #1442
Chicago, IL 60604

Brian M. Dougherty, Esq.
Goldstine Skrodzki Russian
  Nemec and Hoff, Ltd.
835 McClintock Dr., 2nd Floor
Burr Ridge, IL 60527

Robert E. Richards, Esq.
Patrick C. Maxcy, Esq.
Sonnenschein Nath & Rosenthal
7800 Sears Tower, 233 S. Wacker
Chicago, IL 60606

Howard L. Adelman, Esq.
Adam P. Silverman, Esq.
Adelman & Gettlemen
53 W. Jackson Blvd., #1050
Chicago, IL 60604

Benjamin L. Schneider, Esq.
Quarles & Brady, LLP
500 W. Madison St., Suite 3700
Chicago, IL 60661

Joseph E. Cohen, Esq.
Cohen & Krol
105 W. Madison St., #1100
Chicago, Illinois 60602

The Quay Corporation
Attn: Victor Cuellar
7101 N. Capital Drive
Lincolnwood, IL 60712

Air Services Company
108 Gateway Road
Bensenville, IL 60106

Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154

American Express
Box 0001
Los Angeles, CA 90096-0001

Arcadia Press, Inc.
10915 Franklin Ave.
Franklin Park, IL 60131

Arcadia Press, Inc.
10915 Franklin Ave
Franklin Park, IL 60131

Arem Container
6153 W. Mulford
Niles, IL 60714

Arem Container & Supply Co.
6153 W. Mulford
Niles, IL 60714

Arlington Disposal
PO Box 916061
Fort Worth, TX 76191-6061

Assured Pest Control
2506 Royal Lytham Street
Saint Charles, IL 60174

Bell Flavors & Fragrances, Inc.
500 Academy Drive
Northbrook, IL 60062

Bell's Forklift Repair, Inc.
PO Box 396
Locust Grove, GA 30248

Buckeridge Door Co., Inc.
15 East University Drive
Arlington Heights, IL 60004-1871

Catalina Properties
19792 MacArthur Blvd., #265
Irvine, CA 92612

ChevronTexaco Corporation
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Chr. Hansen's Laboratory, Inc.
9015 West Maple St.
PO Box 14428
Milwaukee, WI 53214-4298

City of Alexander City
Business License
PO Box 552
Alexander City, AL 35011

City of Decatur
c/o SouthTrust Bank, Drawer 1121
PO BOX 830620
Birmingham, AL 35283-0620

Cole Taylor Bank
111 W. Washington, #400
Chicago, IL 60602

Concentra Medical Centers
200 Trade Port Blvd, #211
Atlanta, GA 30354

Conference Plus
2509 Paysphere Circle
Chicago, IL 60674

Consumers Vinegar
4723 S. Washtenaw
Chicago, IL 60632

Crave Bros. Farmstead Cheese
W11555 Torpy Road
Waterloo, WI 53594

Cryovac
PO Box 91279
Chicago, IL 60693

Hector Cuellar
c/o Quay Corp
19782 McArthur Blvd., #265
Irvine, CA 92612

D&G Trucking Company
463 S. Prospect Ave.
Roselle, IL 60172

Danisco Cultor USA Inc.
201 New Century Parkway
New Century, KS 66031

DeKalb County Georgia
Treasury & Accounting Services
PO Box 100001
Decatur, GA 30031-7001

DeKalb County Tax Commissioner
PO Box 10004
Decatur, GA 30031-7004

Dependable Fire Equip., Inc.
60 LeBaron St
Waukegan, IL 60085-3025

Division Center
c/o JSC Realty Services Inc.
5440 Harvest Hill Rd., #101
Dallas, TX 75230

E-Z Spuds
2223 Washington Street
Evanston, IL 60202

El Carmen Imports
1620 N. Kolamr Ave
Chicago, IL 60639

El Superior Chorizos, LLC
233 S. Erie St, #400
Chicago, IL 60611

El Superior Mexican Foods
920 W. Fulton St.
Chicago, IL 60607

Elite Waste Industries
PO Box 38319
Houston, TX 77238

Evans Food Products
4118 S. Halsted Street
Chicago, IL 60609-2694

Federal Express
Lockbox 360353, Room 154-0455
500 Ross Street
Pittsburgh, PA 15262

Flavorchem
1525 Brook Drive
Downers Grove, IL 60515

Garcia Foods, Inc.
PO Box 13280
1802 Jackson Keller
San Antonio, TX 78213-0280

Gelatin Desserts & Paletas
PO Box 4738
Houston, TX 77210-4738

Goldthorn Sales & Marketing
1425 Knottingham Drive
Little Elm, TX 75068

Great Lakes Milk Products, Inc.
3000 West North Avenue
Melrose Park, IL 60160

H&B Packaging
702 Forrest
Waco, TX 76704

Hector Cuellar
10 Morning Light
Newport Coast, CA

Houston Produce Center
3114 Produce Row
Houston, TX 77023

Houston Produce Center
Buys 1-3, Building D
Houston, TX

Idealease of Atlanta
4571 Buford Hwy
Norcross, GA 30071

Import & Export del Sur, Inc.
2532 W. Warren Blvd.
Chicago, IL 60612

Instant Whip Foods
1535 North Cicero Ave.
Chicago, IL 60651

InterCall
PO Box 281866
Atlanta, GA 30384-1866

Intercall
c/o West Asset Management
PO Box105817
Atlanta, GA 30348

J Bar B Foods
100 Main
Waelder, TX 78959

Johnstone Supply
6401 Chestnut Street
Louisburg, KS 66053

Katalina Enterprises
19782 McArthur Blvd., #265
Irvine, CA 92612

La Flor de Jalisco
Mr. Roberto Ramirez
4935 W. Fullerton Ave.
Chicago, IL 60639

Label Tek, Inc.
1217 S. Bridge Street
Yorkville, IL 60560

Laser Nework, Inc.
8 Horizon Ave.
Venice, CA 90291

Lease Dimensions
PO Box 74186
Cleveland, OH 44194-4186

Lifeway Food, Inc.
6431 W. Oakton Street
Morton Grove, IL 60053

Mahoney Environmental
2202 Mound Road
Joliet, IL 60436

Martinez Imports
4417 W. 55th St., Apt. 3B
Chicago, IL 60632

MCI WorldCom
PO Box 856059
Louisville, KY 40285-6059

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

Mexican Cheese Producers
1625 10th Street, Suite 205
Monroe, WI 53566

Nextec Operating Corp.
3415 S. Sepulveda Blvd., Suite 130
Los Angeles, CA 90034

NICOR Gas
Attn: Paul C. Gracey, Jr., Esq.
1844 Ferry Rd
Naperville, IL 60563

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Novation
2 N. 8th Street - Suite 100
PO Box 161114
Manitowoc, WI 54221-1614

NT Logistics
5204 Tennyson Pkwy, #200
Plano, TX 75024

Office Depot
Dept 56-4200995933
Columbus, OH 43218-2378

Onyx Waste Services, Inc.
2800 Shermer Road
Northbrook, IL 60062

Packaging Technologies
807 West Kimberly Road
Davenport, IA 52806

Paragon Manufacturing, Inc.
2001 N. 15th Avenue
Melrose Park, IL 60160

Phil-Mart Transportation
PO Box 157
31 Harrison Street
Braselton, GA 30517

Poly Plastics, Inc.
1751 S. Interstate 45
PO Box 402
Ferris, TX 75125

Preferred Transit, Inc.
PO Box 199
Monroe, WI 53566

Productos Mama Lycha
4442 W. 12th Street
Houston, TX 77055

Quality Snack Foods, Inc.
404 S. Normal Ave.
Chicago, IL 60609

Quill Corporation
100 Schelter Rd
Lincolnshire, IL 60069

Reisner Packaging Inc.
339 W. River Road
Building A, Suite B
Elgin, IL 60123

Robert Rosa
10850 Cortland Ln
Huntley, IL 60142

San Antonio Packing Company
1922 S. Laredo
San Antonio, TX 78207

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601

South Water Market, Inc.
2525 South Blue Island Ave
Chicago, IL 60608

Sprint PCS
PO Box 219718
Kansas City, MO 64121-9718

St. Charles Trading
650 N. Raddanta Road
Batavia, IL 60510

Stallings
2314 Portsmouth
Houston, TX 77098

STAMAR Packaging Inc.
1415 Enterprise Drive
Romeoville, IL 60446

State of Illinois Boiler Safety
1035 Stevenson Drive
Springfield, IL 62703-4599

State of Illinois-Boiler Safey
1035 Stevenson Drive
Springfield, IL 62703-4599

Superior Knife Inc.
8120 N. Central Park Ave.
Skokie, IL 60076

Superior Packaging, Inc.
2810 Panorama Drive
Carrollton, TX 75007

Tampico Graphics
1919 South Blue Island Avenue
Chicago, IL 60608

Terminix International
PO Box 870849
Stone Mountain, GA 30087-0022

Texaco
PO Box 9010
Des Moines, IA 50368-9010

Texas Chili Company
3013 N. Jones
Fort Worth, TX 76164

Torkelson Cheese Co.
Hwy 73 North
9453 Louisa Rod
Lombard, IL 60148

Torkelson's Prairie Hill
N398 Twin Grove Road
Monroe, WI 53566

U.S. Department of Agriculture
Food Safety & Insp. Service
21526 Network Place
Chicago, IL 60673-1215

Urschel Laboratories, Inc.
PO Box 96319
Chicago, IL 60693-6319

Victor Cuellar
c/o The Quay Corp.
7201 N. Capital Drive
Lincolnwood, IL 60712

Village of Skokie
5127 Oakton St
Skokie, IL 60077

W & W Dairy, Inc.
c/o Dave W
405-18th Avenue
Monroe, WI 53566

Welding Apparatus Co., Inc.
1668 N. ada St.
Chicago, IL 60622

Wilshire Country Club
301 N. Rossmore Ave.
Los Angeles, CA 90004

Wisconsin Cheese Group
36909 Treasury Center
Chicago, IL 60694-6900

XO Communications Services
PO Box 5738
Carol Stream, IL 60197-5738

Zep Manufacturing
13237 Collections Center Drive
Chicago, IL 60693

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:                                         ) | |
| ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC.,        ) | Chapter 11 |
| ) | Judge Schmetterer |
| Debtor/Debtor-in-Possession.          ) | |

## MOTION FOR ENTRY OF FINAL DECREE

To the Honorable Jack B. Schmetterer, Bankruptcy Judge:

Now comes the Debtor, THE QUAY CORPORATION, INC. ( "Debtor"), by and through its attorneys, and in support of its Motion for Entry of Final Decree, respectfully states as follows:

1. On October 18, 2005, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. No trustee or examiner has been appointed to serve in this Chapter 11 case. However, an official committee of unsecured creditors ("Committee") has been formed and is actively represented by counsel.

3. On August 15, 2006, the Debtor filed its Plan of Reorganization and supporting Disclosure Statement. On November 6, 2006, the Debtor filed its First Amended Plan of Reorganization and supporting First Amended Disclosure Statement. On May 18, 2007, the Debtor filed its Second Amended Plan of Reorganization ("Amended Plan") and on May 29, 2007 the Debtor filed its supporting Second Amended Disclosure Statement. On or about July 17, 2007, this Court entered an Order Confirming the Debtor's Amended Plan.

4. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

5. To date, the Debtor has paid in excess of forty percent (40%) of the allowed claims and will continue to make payments according to the Second Amended Plan over a five (5) year period until allowed claims are paid in full plus interest.

6. By this Motion, the Debtor requests that this Court reserve jurisdiction to reopen this case to enforce the Amended Plan, upon notice and motion, for good cause shown.

7. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, THE QUAY CORPORATION, INC., Debtor, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully submitted,

THE QUAY CORPORATION, INC.
Debtor

BY: /s/Jeffrey C. Dan
One of Its Attorneys

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777