IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 05-63146
THE QUAY CORPORATION, INC., ) Chapter 11
) Judge Schmetterer
Debtor/Debtor-in-Possession. )

## FINAL DECREE

AT CHICAGO, Illinois, in said District and Division, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, this ___ day of April, 2007:

This matter coming on to be heard on the Motion of the Debtor, THE QUAY CORPORATION, INC., by and through its attorneys, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Second Amended Plan of Reorganization on July 17, 2007, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Second Amended Plan of Reorganization has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that the Debtor is released from all of its dischargeable debts and liabilities, except as provided for in the Second Amended Plan of Reorganization and Order Confirming Second Amended Plan of Reorganization;

IT IS FURTHER ORDERED that this Court reserves jurisdiction to reopen the case to enforce the Second Amended Plan of Reorganization upon notice and motion, with cause shown; and

IT IS FURTHER ORDERED that the estate is hereby closed.

By the Court:

_____
Bankruptcy Judge

APR 2 2 2008

**DEBTOR'S COUNSEL:**
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777

*It is further ordered The Debtor shall pay all outstanding United States Trustee fees forthwith, with this Court to retain jurisdiction over any disputes as to said fees.*